UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Dakotas Areawide IBEW-NECA
Savings & Retirement Plan and Trust,

v.  Case No:  3:21-cv-100

Lincoln National Life Insurance
Company,

**CLERK'S MINUTES**
Proceeding:  Scheduling Conference
*(via Telephone)*

| | |
|---|---|
| Presiding Judge:  U.S. Magistrate Judge Alice R. Senechal | Date: Thursday, August 26, 2021 |
| Deputy Clerk:  Jacqueline Stewart | Time:  9:00 a.m. |
| Law Clerk:  Amy Strankowski | Recess:  9:22 a.m. |
| Digital Recorder: 210826-000.mp3 (JS Chambers Recorder) | |

_____

Counsel for Plaintiff:  Nathan Boone and Ruth Marcott
Counsel for Defendant:   Brent Edison

------------------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.
Plaintiff provides summary of case.

Court reviews proposed scheduling plan.
Court discusses procedure for discovery disputes.

Court adopts proposed scheduling order deadlines.

Mid-discovery status conference via telephone set for November 3, 2021 at 9:00 a.m.

Settlement Conference set for December 1, 2021 at 10:00 a.m.

Pretrial conference set for January 1, 2022 at 10:00 a.m.

Bench Trial set for January 24, 2022 before Judge Welte.
Counsel estimates three (3) days for trial.

Orders to be filed.

Recess.