UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Dakotas Areawide IBEW-NECA Savings &
Retirement Plan and Trust, Randy Bartsch
and Edward S. Christian, and their
successors, as Trustees,

v.                                                                                          Case No:  3:21-cv-100

Lincoln National Life Insurance Company.

## CLERK'S MINUTES
Proceeding: Mid-Discovery Status Conference
*(via Telephone)*

| | |
|---|---|
| Presiding Judge: U.S. Magistrate Judge Alice R. Senechal | Date:  Wednesday, November 3, 2021 |
| Deputy Clerk: Jacqueline Stewart | Time:  9:01 a.m. |
| Law Clerk: Amy Strankowski | Recess:  9:05 a.m. |
| Digital Recorder: 211103-000.mp3 (JS Chambers Recorder) | |

Counsel for Plaintiff: Ruth Marcott
Counsel for Defendant: Brent Edison

------------------------------------------------------------------------------------------------------------------------

Court calls case and counsel enter appearances.

Parties provide status of discovery and note that discovery is ongoing.

Parties advise the Court that they are on schedule for the December 1, 2021 Settlement Conference.

Recess.