UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Randy Bartsch and Edward S. Christian, and their successors, as Trustees of the Dakotas Areawide IBEW-NECA Savings & Retirement Plan and Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No. 3:21-cv-100<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Plaintiffs and the Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to dismissal of the above-entitled action, including all of the claims of the Plaintiffs and the Defendant against one another, with prejudice, each party to bear their own attorney's fees and costs.

**KUTAK ROCK LLP**

Dated:  December 28, 2021

BY:  */s/ Ruth S. Marcott*
Ruth S. Marcott (MN#176825)
Amanda R. Cefalu (MN#309436)
Nathan T. Boone (MN#398989)
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
612.334.5000
Email:   Ruth.marcott@kutakrock.com
Amanda.cefalu@kutakrock.com
Nathan.boone@kutakrock.com
ATTORNEYS FOR PLAINTIFFS

4631361.1

**VOGEL LAW FIRM**

Dated: December 28, 2021

BY: */s/ Brent J. Edison*
Brent J. Edison (#04181)
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
Email: bedison@vogellaw.com
bjelitgroup@vogellaw.com (service)
ATTORNEYS FOR DEFENDANT