IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Randy Bartsch and Edward S. Christian, and their successors, as Trustees of the Dakotas Areawide IBEW-NECA Savings & Retirement Plan and Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>    Defendant. | **ORDER ADOPTING STIPULATION OF DISMISSAL**<br><br>Case No. 3:21-cv-100 |

Before the Court is a "Stipulation of Dismissal with Prejudice" filed on December 28, 2021. Doc. No. 26. The Court **ADOPT**S the stipulation (Doc. No. 26) in its entirety and **ORDERS** the entire action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 29th day of December, 2021.

                    /s/ *Peter D. Welte*
                    Peter D. Welte, Chief Judge
                    United States District Court